THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE ZILLOW GROUP, INC. SECURITIES LITIGATION | Master File No.: C17-1568-JCC<br><br>MINUTE ORDER |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order (Dkt. No. 24) Finding good cause, the Court ENTERS the parties' stipulation as follows:

WHEREAS, on May 20, 2019, the Parties to the above-captioned consolidated shareholder derivative action (the "Action") informed the Court that defendants in the related securities action *In re Zillow Group, Inc., Securities Litigation*, Case No. C17-1387-JCC (W.D. Wash.) ("Securities Action") filed their answer in the Securities Action (Dkt. No. 22); and

WHEREAS, the Parties informed the Court that the Parties were meeting and conferring regarding a schedule to govern the upcoming filing of an amended consolidated complaint and motion practice on the pleadings in the Action;

IT IS HEREBY STIPULATED by and between the Parties hereto, through their undersigned counsel, as follows:

1. Plaintiff shall have twenty-one (21) days from the entry of the order approving this stipulation to file a consolidated complaint (the "Complaint").

2. Defendants shall have forty-five (45) days from the filing of the consolidated complaint to answer or otherwise respond to the Complaint.

3. Plaintiffs shall have forty-five (45) days to oppose any such motion to dismiss the Complaint.

4. Defendants shall have thirty (30) days to file any reply in further support of a motion to dismiss.

IT IS SO STIPULATED

Dated: June 12, 2019

By: *s/ Duncan C. Turner*
   Duncan C. Turner, WSBA No. 20597
BADGLEY MULLINS TURNER PLLC
9929 Ballinger Way NE, Suite 200
Seattle, WA 98155
Telephone: (206) 621-6566
Facsimile: (206) 621-9686
Email: dturner@badgleymullins.com

*Liaison Counsel*

THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER
BRETT D. STECKER
JAMES M. FICARO
22 Cassatt Avenue
Berwyn, PA 19312
Telephone: (610) 225-2677
Facsimile: (610) 408-8062
Email: rw@weiserlawfirm.com
Email: bds@weiserlawfirm.com
Email: jmf@weiserlawfirm.com

GAINEY McKENNA & EGLESTON
THOMAS J. MCKENNA

By: *s/ Sean C. Knowles*
   Sean C. Knowles, WSBA No. 39893
PERKINS COIE LLP
1201 Third Avenue, Ste. 4900
Seattle, WA 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
Email: sknowles@perkinscoie.com

GIBSON, DUNN & CRUTCHER LLP
MERYL L. YOUNG
3161 Michelson Drive
Irvine, CA 92612
Telephone: 949.451.3800
Facsimile: 949.451.4220
Email: myoung@gibsondunn.com

ALEXANDER K. MIRCHEFF
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7307
Facsimile: (213) 229-6307
Email: amircheff@gibsondunn.com

| | | |
|---|---|---|
| 1 | GREGORY M. EGLESTON | *Counsel for Defendants* |
| 2 | 440 Park Avenue South, 5th Floor | |
|   | New York, NY 10016 | |
| 3 | Telephone: (212) 983-1300 | |
|   | Facsimile: (212) 983-0383 | |
| 4 | Email: tjmckenna@gme-law.com | |
|   | Email: gegleston@gme-law.com | |

*Co-Lead Counsel for Plaintiffs*

DATED this 17th day of June 2019.

William M. McCool<br>
Clerk of Court<br><br>
s/Tomas Hernandez<br>
Deputy Clerk