THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE ZILLOW GROUP, INC. SHAREHOLDER DERIVATIVE LITIGATION | Master File No.: C17-1568-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court pursuant to the parties' stipulation and proposed order regarding substitution of counsel (Dkt. No. 58). The parties' stipulation and proposed substitution comply with Local Civil Rule 83.2, and the Court ORDERS as follows:

1. The law firm of Mayer Brown LLP, and attorneys Joseph De Simone, Kelly B. Kramer, Matthew D. Ingber, Michael E. Rayfield, and Stephanie C. Robinson of Mayer Brown LLP, and the law firm of Perkins Coie LLP, and Sean C. Knowles and Ronald L. Berenstain of Perkins Coie LLP, subject to the Court's approval, are withdrawn as counsel of record in this action (the "Action") for Nominal Defendant Zillow Group Inc. ("Zillow Group").

2. The law firm of Savitt Bruce & Willey LLP, and James P. Savitt and Brandi B. Balanda of Savitt Bruce & Willey LLP, are substituted as counsel of record for Zillow Group in

MINUTE ORDER
C17-1568-JCC
PAGE - 1

1  the Action.

2      3.    The law firm of Mayer Brown LLP, and attorneys Joseph De Simone, Kelly B. Kramer, Matthew D. Ingber, Michael E. Rayfield, and Stephanie C. Robinson of Mayer Brown LLP, and the law firm of Perkins Coie LLP, and Sean C. Knowles and Ronald L. Berenstain of Perkins Coie LLP, remain as counsel of record for Defendants Richard Barton, Erik Blachford, Lloyd Frink, Jay Hoag, Gregory Maffei, Spencer Rascoff, Gordon Stephenson, Gregory Waldorf, and Kathleen Philips, and the law firm of Perkins Coie LLP, and Sean C. Knowles and Ronald L. Berenstain of Perkins Coie LLP, remain as counsel of record for Non-Party April Underwood.

DATED this 5th day of June 2020.

                                                  <u>William M. McCool</u>
                                                  Clerk of Court

                                                  <u>s/Tomas Hernandez</u>
                                                  Deputy Clerk