THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE ZILLOW GROUP, INC. SHAREHOLDER DERIVATIVE LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Master File No.: C17-1568-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order regarding scheduling (Dkt. No. 76). Having thoroughly reviewed the stipulation and the relevant record, the Court hereby ORDERS:

1. The deadline to complete fact discovery is extended to October 29, 2021;
2. The deadline to complete expert discovery shall be December 22, 2021;
3. The dispositive motions deadline is extended to February 4, 2022;
4. The parties shall file oppositions to any summary judgment motions by April 1, 2022;
5. The parties shall file reply briefs in further support of their summary judgment motions by May 6, 2022;
6. Trial is continued to August 8, 2022 at 9:30 a.m.;

MINUTE ORDER
C17-1568-JCC
PAGE - 1

7. The proposed pretrial order is due on July 8, 2022; and

8. Trial briefs and voir dire/jury instructions are due on July 25, 2022.

DATED this 17th day of June 2021.

<u>William M. McCool</u>
Clerk of Court

<u>s/Paula McNabb</u>
Deputy Clerk