THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE ZILLOW GROUP, INC. SHAREHOLDER DERIVATIVE LITIGATION | Master File No.: C17-1568-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion regarding scheduling (Dkt. No. 79). The motion is GRANTED and the Court ORDERS that:

1. The deadline to complete fact discovery is extended to January 21, 2022;
2. The deadline to complete expert discovery is extended to March 25, 2022;
3. The dispositive motions deadline is extended to May 6, 2022;
4. The parties shall file oppositions to any summary judgment motion by July 1, 2022;
5. The parties shall file reply briefs in further support of their summary judgment motions by August 5, 2022;
6. Trial is continued to November 28, 2022 at 9:30 a.m.;
7. The proposed pretrial order is due on October 29, 2022; and

8. Trial briefs and voir dire/ jury instructions are due on November 14, 2022.

DATED this 5th day of October 2021.

<u>Ravi Subramanian</u>  
Clerk of Court

<u>s/Sandra Rawski</u>  
Deputy Clerk