THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE ZILLOW GROUP, INC. SHAREHOLDER DERIVATIVE LITIGATION | Master File No.: C17-1568-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order regarding scheduling (Dkt. No. 82). Having thoroughly reviewed the stipulation and the relevant record, the Court hereby ORDERS:

1. The deadline to complete expert discovery is extended to May 25, 2022;
2. The dispositive motion deadline is extended to July 6, 2022;
3. The parties shall file oppositions to any summary judgment motions by August 1, 2022;
4. The parties shall file reply briefs in further support of their motions by September 5, 2022;
5. Trial is CONTINUED to January 9, 2023 at 9:30 a.m.;
6. The proposed pretrial order is due on December 9, 2022; and

7. Trial briefs and voir dire/jury instructions are due on December 28, 2022.

DATED this 27th day of January 2022.

<u>Ravi Subramanian</u><br>
Clerk of Court<br><br>
<u>s/Sandra Rawski    </u><br>
Deputy Clerk