THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE ZILLOW GROUP, INC.
SHAREHOLDER DERIVATIVE
LITIGATION

Master File No.: C17-1568-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order regarding scheduling (Dkt. No. 82). Having thoroughly reviewed the stipulation and the relevant record, in addition to the continuations ordered in Docket Number 84, the Court hereby ORDERS that the deadline to complete fact discovery is extended to March 21, 2022.

DATED this 31st day of January 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE MINUTE ORDER
C17-1568-JCC
PAGE - 1