THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE ZILLOW GROUP, INC. SHAREHOLDER DERIVATIVE LITIGATION | Master File No.: C17-1568-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order regarding scheduling (Dkt. No. 87). Having thoroughly reviewed the stipulation and the relevant record, the Court hereby ORDERS:

1. The deadline to complete fact discovery is extended to May 23, 2022;
2. The deadline to complete expert discovery is extended to July 27, 2022;
3. The dispositive motion deadline is extended to September 23, 2022;
4. The parties shall file oppositions to any summary judgment motions by November 7, 2022;
5. The parties shall file reply briefs in further support of their motions by December 5, 2022;

6. Trial is CONTINUED to May 8, 2023 at 9:30 a.m.;

7. The proposed pretrial order is due on April 7, 2023; and

8. Trial briefs and voir dire/jury instructions are due on April 24, 2023.

DATED this 7th day of March 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk