THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE ZILLOW GROUP, INC. SHAREHOLDER DERIVATIVE LITIGATION | Master File No.: C17-1568-JCC<br><br>ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order regarding scheduling (Dkt. No. 92). Having thoroughly reviewed the stipulation and the relevant record, the Court hereby ORDERS:

1. The deadline to complete fact discovery is extended to September 30, 2022;
2. The deadline to complete expert discovery is extended to November 25, 2022; and
3. The deadline to file summary judgment motions is extended to January 23, 2023.

//

//

//

//

MINUTE ORDER
C17-1568-JCC
PAGE - 1

DATED this 1st day of June 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk
