THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE ZILLOW GROUP, INC. SHAREHOLDER DERIVATIVE LITIGATION | Master File No.: C17-1568-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order regarding scheduling (Dkt. No. 97). Pursuant to the parties' stipulation, the Court hereby ORDERS that the deadline to complete fact discovery, previously set for November 15, 2022, is extended to February 15, 2023; the deadline to file summary judgement motions is extended to March 15, 2023; and all other deadlines shall remain in place.

DATED this 15th day of November 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C17-1568-JCC
PAGE - 1