The Honorable John C. Coughenour
Noting Date: August 29, 2023 @ 9:00 a.m.

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE ZILLOW GROUP, INC. SHAREHOLDER DERIVATIVE LITIGATION | Master File No.: 17-cv-01568-JCC |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | [PROPOSED] FINAL ORDER AND JUDGMENT |

[PROPOSED] FINAL ORDER AND JUDGMENT
(Case No. 17-CV-1568 JCC)

**BADGLEY MULLINS TURNER PLLC**
19929 BALLINGER WAY NE, SUITE 200
SEATTLE, WA 98155
TEL: (206) 621-6566

This matter came before the Court for hearing pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice, dated April 25, 2023 (the "Preliminary Approval Order"), on the application of the Parties for final approval of the settlement of the Actions set forth in the Stipulation and Agreement of Settlement dated April 20, 2023 (the "Stipulation"). Due and adequate notice having been given to Current Zillow Shareholders as required in said Preliminary Approval Order, and the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises and good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.  This Final Order and Judgment incorporates by reference the definitions in the Stipulation, and unless otherwise defined herein, all capitalized terms used herein shall have the same meanings as set forth in the Stipulation.

2.  The Court has jurisdiction to enter this Final Order and Judgment. The Court has jurisdiction over the subject matter of the Action, including all matters necessary to effectuate the Settlement, and the Parties to the Stipulation have consented to the jurisdiction of the Court for purposes of implementing and enforcing the Settlement embodied in the Stipulation.

3.  The Court finds that the Settlement set forth in the Stipulation is fair, reasonable, and adequate, and in the best interests of Zillow and Current Zillow Shareholders, and pursuant to Fed. R. Civ. P. 23.1, the Court hereby finally approves the Settlement in all respects, finds that the Settlement set forth in the Stipulation provides material benefits to Zillow and Current Zillow Shareholders, and orders the Parties to perform its terms to the extent the Parties have not already done so.

4.  The Action and all claims asserted therein are hereby ordered as compromised, settled, released, discharged and dismissed with prejudice by virtue of the proceedings herein and this Final Order and Judgment, and as set forth in the Stipulation. As among Plaintiffs, Zillow, and the Individual Defendants, the Parties are to bear their own costs, except as

[PROPOSED] FINAL ORDER AND JUDGMENT - 1
(Case No. 17-CV-1568 JCC)

BADGLEY MULLINS TURNER PLLC
19929 BALLINGER WAY NE, SUITE 200
SEATTLE, WA 98155
TEL: (206) 621-6566

otherwise provided in the Stipulation, the Preliminary Approval Order, and this Final Order and Judgment.

5. Upon the Effective Date of the Settlement, (i) Plaintiffs and all other Current Zillow Shareholders shall be deemed to have, and by operation of the law and of the Judgment shall have, fully, finally and forever released, relinquished and discharged their right to assert derivatively on behalf of the Company any and all of the Plaintiffs' Released Claims (including Unknown Claims) against the Defendants' Released Persons, and shall forever be barred and enjoined from instituting, commencing, or prosecuting derivatively on behalf of the Company any and all of the Plaintiffs' Released Claims against the Defendants' Released Persons; and (ii) Zillow shall be deemed to have, and by operation of the law and of the Judgment shall have, fully, finally, and forever released, relinquished and discharged its right to assert directly any and all of the Plaintiffs' Released Claims against the Defendants' Released Persons, and shall forever be barred and enjoined from instituting, commencing, or prosecuting directly any and all of the Plaintiffs' Released Claims against the Defendants' Released Persons.

6. Upon the Effective Date of the Settlement, Defendants shall be deemed to have, and by operation of the law and of the Judgment shall have, fully, finally and forever released, relinquished and discharged any and all of the Defendants' Released Claims against the Plaintiffs' Released Persons, and shall forever be barred and enjoined from instituting, commencing, or prosecuting any and all of the Defendants' Released Claims against the Plaintiffs' Released Persons.

7. Notwithstanding paragraphs 5 and 6 above, nothing in this Final Order and Judgment shall in any way impair or restrict the rights of any Party to enforce the terms of the Stipulation or this Final Order and Judgment.

8. The Court finds that the notice to Current Zillow Shareholders (a) was provided pursuant to and in the form and manner directed by the Preliminary Approval Order; (b) meets the requirements of Fed. R. Civ. P. 23.1 and due process; and (c) constitutes due and sufficient notice of all matters relating to the Settlement to all Persons entitled to such notice.

[PROPOSED] FINAL ORDER AND JUDGMENT - 2
(Case No. 17-CV-1568 JCC)

**BADGLEY MULLINS TURNER PLLC**
19929 BALLINGER WAY NE, SUITE 200
SEATTLE, WA 98155
TEL: (206) 621-6566

9. Pursuant to and in compliance with Fed. R. Civ. P. 23.1 and due process, the Court hereby finds that the notice provided advised Persons in interest of the terms of the Settlement and the Fee and Expense Award and of their right to object thereto, and a full and fair opportunity was accorded to all Persons entitled to be heard with respect to the foregoing matters.

10. This Court finds that the Action has been properly maintained as a derivative action according to the provisions of Fed. R. Civ. P. 23.1 and any corollary state rule, and the Court finds that throughout the course of the Action, the Parties and their counsel at all times complied with the requirements of Fed. R. Civ. P. 11 and any corollary state rule.

11. The Court hereby approves the Fee and Expense Award, which sum the Court finds to be fair and reasonable. The Court also hereby approves payment of the Service Awards, which shall be funded from the Fee and Expense Award. The Fee and Expense Award shall be paid in accordance with the terms of the Stipulation.

12. No proceedings or court order with respect to the Fee and Expense Award or Service Awards shall in any way disturb or affect this Order and Final Judgment (including precluding this Order and Final Judgment from being Final or otherwise being entitled to preclusive effect), and any such proceedings or court order shall be considered separate from this Order and Final Judgment.

13. Neither the Stipulation (whether or not consummated), including the exhibits thereto, the negotiations leading to the execution of the Stipulation, nor any proceedings taken pursuant to or in connection with the Stipulation and/or approval of the Settlement (including any arguments proffered in connection therewith): (i) shall be offered against any of the Defendants' Released Persons as evidence of, or construed as, or deemed to be evidence of any presumption, concession, or admission by any of the Defendants' Released Persons with respect to the truth of any fact alleged by Plaintiffs or the validity of any claim that was or could have been asserted or the deficiency of any defense that has been or could have been asserted in the Actions or in any other litigation, or of any liability, negligence, fault, or other wrongdoing of

[PROPOSED] FINAL ORDER AND JUDGMENT - 3
(Case No. 17-CV-1568 JCC)

BADGLEY MULLINS TURNER PLLC
19929 BALLINGER WAY NE, SUITE 200
SEATTLE, WA 98155
TEL: (206) 621-6566

any kind of any of the Defendants' Released Persons or in any way referred to for any other reason as against any of the Defendants' Released Persons, in any civil, criminal or administrative action or proceeding, other than such proceedings as may be necessary to effectuate the Settlement; or (ii) shall be offered against any of the Plaintiffs' Released Persons as evidence of, or construed as, or deemed to be evidence of any presumption, concession or admission by any of the Plaintiffs' Released Persons that any of Plaintiffs' claims are without merit, that any of the Defendants had meritorious defenses, or that damages recoverable under the Complaint would not have exceeded the Settlement consideration or with respect to any liability, negligence, fault or wrongdoing of any kind, or in any way referred to for any other reason as against any of the Plaintiffs' Released Persons, in any civil, criminal or administrative action or proceeding, other than such proceedings as may be necessary to effectuate the Settlement; provided, however, that the Parties, the Released Persons, and their respective counsel may file the Stipulation and/or this Final Order and Judgment in any action that may be brought against them in order to support a defense or counterclaim based on principles of res judicata, collateral estoppel, release, good-faith settlement, judgment bar or reduction, or any other theory of claim preclusion or issue preclusion or similar defense or counterclaim.

14. Without affecting the finality of this Final Order and Judgment in any way, the Court hereby retains continuing jurisdiction over: (a) implementation of the Settlement; (b) the Parties for the purpose of construing, enforcing, and administering the Stipulation and this Final Order and Judgment; and (c) any other matters related to the foregoing.

15. Without further approval from the Court, the Parties are hereby authorized to agree to and adopt such amendments or modifications of the Stipulation to effectuate the Settlement that: (a) are not materially inconsistent with this Final Order Judgment; and (b) do not materially limit the rights of Current Zillow Shareholders in connection with the Settlement. Without further order of the Court, the Parties may agree to reasonable extensions of time to carry out any provisions of the Settlement.

[PROPOSED] FINAL ORDER AND JUDGMENT - 4
(Case No. 17-CV-1568 JCC)

BADGLEY MULLINS TURNER PLLC
19929 BALLINGER WAY NE, SUITE 200
SEATTLE, WA 98155
TEL: (206) 621-6566

16. This Final Order and Judgment is a final, appealable judgment and should be entered by the Clerk of the Court forthwith in accordance with Fed. R. Civ. P. 58.

IT IS SO ORDERED.

DATED: August 29, 2023

_____
Honorable John C. Coughenour

Presented By:

**BADGLEY MULLINS TURNER PLLC**
*s/ Duncan C. Turner*
DUNCAN C. TURNER, WSBA No. 20597
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
Telephone: (206) 621-6566
Email: dturner@badgleymullins.com

*Liaison Counsel for Plaintiffs*

**THE WEISER LAW FIRM, P.C.**
JAMES M. FICARO (admitted *Pro Hac Vice*)
200 Barr Harbor Dr., Suite 400
West Conshohocken, PA 19428
Telephone: (610) 225-2677
Email: jmf@weiserlawfirm.com

**GAINEY McKENNA & EGLESTON**
THOMAS J. MCKENNA (admitted *Pro Hac Vice*)
GREGORY M. EGLESTON (admitted *Pro Hac Vice*)
501 Fifth Avenue, 19th Fl.
NY, NY 10017
Telephone: (212) 983-1300
Email: tjmckemma@gmail.com
Email: gegleston@gme-law.com

*Co-Lead Counsel for Plaintiffs*

[PROPOSED] FINAL ORDER AND JUDGMENT - 5
(Case No. 17-CV-1568 JCC)

**BADGLEY MULLINS TURNER PLLC**
19929 BALLINGER WAY NE, SUITE 200
SEATTLE, WA 98155
TEL: (206) 621-6566